ACCEPTED
03-15-00019-CV
5564477
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/5/2015 1:36:46 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00019-CV

IN THE COURT OF APPEALS FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/5/2015 1:36:46 PM
JEFFREY D. KYLE
Clerk

JEFF KAISER, P.C. and
JEFFREY BENEDICT KAISER,
Appellant,

v.

THE STATE OF TEXAS,
Appellee.

Appeal from the 98th District Court,
Travis County, Texas, No. D-1-GV-13-000790

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the following counsel from the Office of the

Attorney General of Texas enter their appearance as counsel of record for Appellee

the State of Texas:

Sean M O'Neill
State Bar No. 24070354
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548, MC 008
Austin, Texas 78711-2548
Sean.O'Neill@texasattorneygeneral.gov
Tel: (512) 463-2173
Fax: (512) 936-1409

Kevin R. Sauer
State Bar No. 24088355
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548, MC 008
Austin, Texas 78711-2548
Kevin.sauer@texasattorneygeneral.gov
Tel: (512) 475-4567
Fax: (512) 936-1409

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General
For Civil Litigation

RONALD R. DEL VENTO
Division Chief
Bankruptcy and Collections Division

/s/Sean M. O'Neill
Sean M O'Neill
Assistant Attorney General
State Bar No. 24070354

/s/Kevin R. Sauer
KEVIN R. SAUER
Assistant Attorney General
State Bar No. 24088355

Bankruptcy & Collections Division
P. O. Box 12548, MC 008
Austin, Texas 78711-2548
Tel.: (512) 463-2173
Fax: (512) 936-1409
ATTORNEYS FOR APPELLEE

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing *Notice of Appearance of Counsel* was served via facsimile confirmed delivery in accordance with the Texas Rules of Civil Procedure on June 5, 2015, to:

George F. May
TWOMEY MAY, PLLC
2 Riverway, 15th Floor
Houston, Texas 77056
Tel: (713) 659-0000
Fax: (832) 201-8485
Email: george@twomeymay.com
ATTORNEY FOR APPELLANTS
JEFF KAISER, P.C. AND
JEFFREY BENEDICT KAISER

/s/Kevin R. Sauer
KEVIN R. SAUER